O-send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED CLERK, U.S. DISTRICT COURT
MAY 12 2011
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES OF AMERICA, ) Case No.: 11-1062M
            Plaintiff,      )
                            ) ORDER OF DETENTION
        vs.                 )
                            ) [Fed. R. Crim. P. 32.1(a)(6);
David Ballero, Jr.          ) 18 U.S.C. § 3143(a)]
            Defendant.      )

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern Dist of Cal for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✗) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___See PSA report___

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _See PSA report_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 5/12/11

_____
UNITES STATES MAGISTRATE JUDGE